HESSIAN HILLS COUNTRY CLUB, INC., and Another, Respondents, v. THE HOME INSURANCE COMPANY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HESSIAN HILLS COUNTRY CLUB, INC., and Another, Respondents, v. HARTFORD FIRE INSURANCE COMPANY and Another, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Supplementary Proceedings: GENERAL HOLDINGS CORPORATION, Judgment Creditor, Respondent, v. NEWHOMA PETROLEUM COMPANY, Judgment Debtor, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

E. F. DREW & CO., INC., v. FRANK A. BARONE.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MICHAEL J. MURRAY, by CATHERINE M. MURRAY, Guardian ad Litem, v. HENRY LOUIS MORRIS, Executor, etc., and Others, Impleaded with BANK OF NEW YORK AND TRUST COMPANY, Individually and as Successor to NEW YORK LIFE INSURANCE AND TRUST COMPANY, Trustee, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MATTHEW AKINS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ROSA COUSINS and Another v. CAPITOL COAL CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of SALVATORE DEFEDI against THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MAURICE E. GREENFIELD and Another v. STANDARD ROMPER CO., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CENTRAL CHANDELIER COMPANY v. IRVING TRUST COMPANY, as Trustee, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALBION TRADING COMPANY, INC., and Others, v. THE HAMILTON FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of ISIDOR FREIBERG for an Order Directing JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, to Pay over Certain Funds Now at the Bank of United States.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.